**Order entered February 4, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00771-CV

### ANDREA M. REYES, Appellant

### V.

### GUADALUPE TORRES AND ROSALINDA SILVA, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13110**

## ORDER

Before the Court is appellees' January 31, 2020 second motion for extension of time to file their responsive brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 5, 2020. We caution appellees that further extension requests will be disfavored.

/s/  BILL WHITEHILL
    JUSTICE